# UNITED STATES DISTRICT COURT
### for the
### District of
### Division

Plaintiff(s)

**David Seamone**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Defendant(s)

**Mariska Hargitay (Olivia Benson)**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: David Seamone
- Street Address: 38 Sunnyside Ave.
- City and County: Woonsocket, RI, 02895
- State and Zip Code:
- Telephone Number: 508 680 2901
- E-mail Address: dseamone287@yahoo.com

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Mariska Hargitay (Olivia Benson)
    Job or Title (if known): c/o representative Law and Order
    Street Address: 62 Chelsea piers suite 215
    City and County: New York, New York
    State and Zip Code: 10011
    Telephone Number: N/A
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question   ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* David Seamone , is a citizen of the State of *(name)* Rhode Island .

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* Maryska Hargitay , is incorporated under the laws of the State of *(name)* New York , and has its principal place of business in the State of *(name)* New York .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

  b.  If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under

    the laws of the State of *(name)* _____, and has its

    principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____,

    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See Attached*

---

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See Attached*

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4/10/23

Signature of Plaintiff: *David Seamans*
Printed Name of Plaintiff: David Seamone

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

To Whom it may concern,

Two summers ago, I had written Mariska Hargitay(also known as Olivia Benson)a letter asking for help in finding out what happened to me between the summer of 2008-present.She responded by doing a 10 episode special event of Law and Order SVU that was aired on NBC Universal and USA Network between the fall of 2021 to April 2022.During that time period she had uncovered documents that are vital to my identity and receiving benefits from the VA as well as my home address in Long Island.(See Commonwealth in matter of David Seamone and Commonwealth in the matter of Emma Smith)The documents requested are vital to a custody hearing in the commonwealth.

It was also revealed on the air that Emma Smith is actually my biological daughter and that Olivia has DNA evidence to confirm this. Upon information and belief, I believe this to be true and am requesting any and all information regarding Emma's case. Ms. Benson also knows the exact whereabouts of Emma's mother who I need to get in contact with before filing a petition for custody in court. All of these documents and information were found out under the freedom of information act of 1977.The law states that I am allowed to have full access to any information with regards to myself and other family members. Ms. Benson was acting on my behalf and as an agent of the police when she obtained this information, therefore there is no expectation to privacy. Therefore, I am requesting access to all documents that were uncovered.

Thank you for your attention in this matter,

David Seamone

*David Seamone* (signature)

Plantiff - David Seamone
38 Sunnyside ave.
Woonsocket, RI, 02895
508 680 2901

Defendant - Mariska Hargitay (Olivia Benson)
62 Chelsea piers Suite 215
New York, New York, 10011

- Case - Freedom of Information act

*David Seamone* (signature)